# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2029
Lower Tribunal No. CF22-001337-XX

_____

RICHARD ALLEN SATTERFIELD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Lori A. Winstead, Judge.

December 12, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and BROWNLEE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Richard J. Sanders, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED